

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In re:  Edward B. Lyon, Jr.

No. 06-12-00110-CV

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 10C-1523-005). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Edward B. Lyon, Jr., has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MARCH 20, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk